Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−10586−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tamesha Brown
216 Bergen St
Apt 1
Newark, NJ 07103−2403

Social Security No.:
xxx−xx−2066

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/18/22.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 19, 2022
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 20-10586-JKS
Tamesha Brown                                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Oct 19, 2022      Form ID: 148      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamesha Brown, 216 Bergen St, Apt 1, Newark, NJ 07103-4088 |
| 519349820 | + | City Of Newark, Department of Water and Sewer Utilities, C/O Law Department, 920 Broad Street, Room 316, Newark, NJ 07102-2609 |
| 518660152 | | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 518706383 | | Newark Water Dept, 920 Broad St, Newark, NJ 07102-2660 |
| 518706389 | | US Dept. Of Education, PO Box 105291, Atlanta, GA 30348-5291 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Oct 20 2022 00:43:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518720998 | | Email/Text: operationsclerk@easypayfinance.com | Oct 19 2022 20:49:00 | Duvera Financial dba EasyPay Finance, EasyPay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 518706380 | | Email/Text: operationsclerk@easypayfinance.com | Oct 19 2022 20:49:00 | Easy Pay Duvera Collections, Attn: Bankruptcy, PO Box 2549, Carlsbad, CA 92018-2549 |
| 518706384 | ^ | MEBN | Oct 19 2022 20:45:30 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518660154 | | Email/Text: bkenotice@rushmorelm.com | Oct 19 2022 20:49:00 | Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 518660155 | | Email/Text: bkteam@selenefinance.com | Oct 19 2022 20:50:00 | Selene Finance, LLP, 9990 Richmond Ave Ste 400, Houston, TX 77042-4546 |
| 518662130 | + | EDI: RMSC.COM | Oct 20 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518706387 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 19 2022 20:50:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 518707708 | | Email/PDF: bncnotices@becket-lee.com | Oct 19 2022 20:54:42 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518777604 | | Email/Text: bkenotice@rushmorelm.com | Oct 19 2022 20:49:00 | U.S. Bank National Association, Trustee, for the RMAC Trust, Series 2016-CTT, c/o Rushmore |

Case 20-10586-JKS    Doc 98    Filed 10/21/22    Entered 10/22/22 00:15:37    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: 148 | Total Noticed: 19 |

| 518706388 | Email/Text: edbknotices@ecmc.org | Oct 19 2022 20:49:00 | Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| | | | US Department Of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 518757621 | + EDI: AIS.COM | Oct 20 2022 00:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518706381 | * | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 518706382 | * | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 518706385 | * | Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 518706386 | * | Selene Finance, LLP, 9990 Richmond Ave Ste 400, Houston, TX 77042-4546 |
| 518707709 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518660153 | ## | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven D. Pertuz | on behalf of Debtor Tamesha Brown pertuzlaw@verizon.net G16461@notify.cincompass.com |
| Steven D. Pertuz | on behalf of Trustee Marie-Ann Greenberg pertuzlaw@verizon.net G16461@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5